[No. 28955-1-I.   Division One.   September 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY
PICKETT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-01251-4, Stephen M. Gaddis, J. Pro Tem.,
entered July 23, 1991. *Dismissed* by unpublished per
curiam opinion.

[No. 27971-8-I.   Division One.   September 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
CONLEY HEDDEN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-06279-8, R. Joseph Wesley, J., entered
February 12, 1991. *Dismissed* by unpublished per curiam
opinion.

[No. 27332-9-I.   Division One.   September 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT
STEVEN WARD, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 90-1-00307-2, Kathryn E. Trumbull, J.,
entered November 9, 1990. *Dismissed* by unpublished per
curiam opinion.

[No. 28436-3-I.   Division One.   September 21, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO
L. JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-8-05249-6, Dale B. Ramerman, J., entered
May 7, 1991. *Affirmed* by unpublished per curiam opinion.